```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         Criminal No. 08-cr-03-01/02-JL

<u>German et al</u>

### O R D E R

The assented to motion to reschedule jury trial (documents. 20 and 21) filed by defendants is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              ***/s/Joseph N. Laplante***
                                              Joseph N. Laplante
                                              United States District Judge

Date:  February 18, 2009

cc:  Terry L. Ollila, AUSA
     Sven Wiberg, Esq.
     Lawrence A. Vogelman, Esq.
     U.S. Marshal
     U.S. Probation