UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 09-cr-03-1/3-JL

<u>Christian German et al</u>

<u>O R D E R</u>

   The assented to motion to reschedule jury trial (document no. 29) filed by defendant is granted. Continuance is limited to 45 days.

   Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

   SO ORDERED.

                                              */s/ Joe Laplante*
                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date: May 19, 2009

cc: Sven D. Wiberg, Esq.
    James W. Dennehy, Esq.
    Michael C. Shklar, Esq.
    Terry L. Ollila, AUSA
    U.S. Marshal
    U.S. Probation