UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 09-cr-03-01-JL

<u>Christian German</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 37) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: July 21, 2009

cc:  Sven D. Wiberg, Esq.
     James W. Dennehy, Esq.
     Terry L. Ollila, Esq.
     U.S. Marshal
     U.S. Probation